**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fredis TORRES, a.k.a. Waldeyudi Martinez–Roman, Defendant–Appellant.**

**No. 08–12957**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2008.

Tiffany Hope Eggers, Nancy J. Hess, United States Attorney's Office, Pensacola, F.L., E. Bryan Wilson, Tallahassee, F.L., for Plaintiff–Appellee.

Fredis Torres, Lake City, F.L., pro se.

Robert A. Dennis, Jr., Federal Public Defender, Federal Public Defender's Office, Pensacola, F.L., Randolph P. Murrell, Federal Public Defender, Tallahassee, F.L., for Defendant–Appellant.

Before HULL, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Fredis Torres, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Torres's conviction and sentence are **AFFIRMED.**